# WEISSMAN & MINTZ LLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN P. WEISSMAN<br>WILLIAM G. SCHIMMEL<br>IRA W. MINTZ<br>FLAVIO L. KOMUVES<br>JASON L. JONES<br>JUSTIN SCHWAM<br>PATRICIA A. VILLANUEVA<br>DEREK J. DEMERI<br><br>Senior Counsel<br>KEVIN P. MCGOVERN<br><br>Of Counsel<br>ROSEMARIE CIPPARULO<br>BRETT M. PUGACH<br>YAEL BROMBERG | 220 DAVIDSON AVENUE<br>SUITE 410<br>SOMERSET, NEW JERSEY 08873<br>(732) 563-4565<br>FAX (732) 560-9779<br><br>www.weissmanmintz.com | 90 BROAD STREET<br>SUITE 254<br>NEW YORK, NEW YORK 10004<br>(212) 509-0918<br><br>Counsel<br>DAVID A. MINTZ*<br>* ADMITTED TO PRACTICE ONLY IN NEW YORK<br><br>JOEL N. WEISSMAN (1957-1998)<br>MARK ROSENBAUM (1955-2002) |

January 16, 2025



**VIA ECF FILING**
Hon. Michael A. Hammer, U.S.M.J.
United States District Court, District of New Jersey
Frank R. Lautenberg US Post Office & Courthouse
1 Federal Square, PO Box 999
Newark, N.J. 07101-0999

        Re:    **Bruce Skoorka v. Kean University et. al.**
                **Civil Action No. 16-cv-3842-KM-MAH**

Dear Judge Hammer:

       This office represents Union Defendants in the above matter. During a conference call with the court yesterday, January 15, 2025, I requested the opportunity to consult with my clients concerning their availability to appear remotely for a settlement conference. The conference was initially scheduled for yesterday but adjourned at the request of the Plaintiff. The court kindly granted that request and asked that I notify chambers when I heard back.

       Later in the day, I spoke with Your Honor's law clerk and advised him that neither of the union presidents have classes scheduled on Fridays, so that would be the best day of the week in terms of their availability. I am not available on Friday, January 31st and Council President Haresign is not available on February 14th, March 7th or March 14th. However, other than those dates, my clients would be available on Fridays. I was asked to confirm this information in writing, which is the purpose of this letter. By copy of this letter, Plaintiff and counsel for the Kean Defendants have been so notified.

                                        Respectfully submitted,

                                        */s/ Kevin P. McGovern*
                                        Kevin P. McGovern
                                        WEISSMAN & MINTZ

cc:    Bruce Skoorka (via email)
          Leonard C. Leich, Esq. (via email)